# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 26, 2015

## NO. 03-14-00633-CR

**The State of Texas, Appellant**

**v.**

**John Allen Wachtendorf, Jr., Appellee**

**APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.